# EXHIBIT 3

Case 4:20-cv-01552   Document 1-3   Filed on 05/01/20 in TXSD   Page 2 of 2

3/11/2020 3:58:45 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 41589734
By: GILBERT, COURTNI N
Filed: 3/6/2020 2:43:39 PM

# Marilyn Burgess
## HARRIS COUNTY DISTRICT CLERK
201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

## Request for Issuance of Service

**CASE NUMBER:** _____   **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition and Requests for Disclosure

**FILE DATE:** ____03/06/20____ Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** 1. Arkema, Inc        2. Great Western Valve, Inc.

**Address of Service:** 211 E. 7th Street, Suite 620        206 E. 9th Street, Suite 1300

**City, State & Zip:** Austin, TX 78701-3218        Austin, TX 78701-4411

**Agent (if applicable)** Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company        Capitol Corporate Services, Inc.

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [x] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias    Newspaper_____
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not by E-Issuance)
- [ ] Attachment (not by E-Issuance)
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus (not by E-Issuance)
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (check one):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney at: _____
- [ ] CONSTABLE
- [ ] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk (No Service Copy Fees Charged)

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [x] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: Atteberry Investigations   Phone: (832) 722-5986
- [ ] OTHER, explain _____

**Issuance of Service Requested By:** Attorney/Party Name: Justin A. Hill   Bar # or ID 24057902

**Mailing Address:** 445 Recoleta Road, San Antonio, TX 78216

**Phone Number:** (210) 960-3939