# EXHIBIT 4

4/8/2020 12:51 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42194937
By: Devanshi Patel
Filed: 4/8/2020 12:51 PM

CAUSE NO. 202016545

EML
COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 862849  TRACKING NO: 73736824

| Plaintiff:<br>JOYCE, WILLIAM<br>vs.<br>Defendant:<br>ARKEMA INC | In The 127th<br>Judicial District Court of<br>Harris County, Texas<br>201 CAROLINE<br>Houston, Texas |
|---|---|

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To: ARKEMA INC (FOREIGN-FOR PROFIT CORPORATION) BY SERVING ITS REGISTERED AGENT FOR SERVICE CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY)
211 E 7TH STREET SUITE 620, AUSTIN TX 78701

Attached is a copy of: PLAINTIFFS ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE

This instrument was filed on March 6, 2020 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on March 19, 2020, under my hand and seal of said court.



Issued at the request of:

HILL, JUSTIN ALLEN
816 CAMARON ST. SUITE 2.22
SAN ANTONIO, TX  78212
210-960-3939
Bar Number: 24057902

Marilyn Burgess, District Clerk
Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: COURTNI GILBERT

Tracking Number: 73736824

**CAUSE NUMBER: 202016545**

EML

| | |
|---|---|
| **PLAINTIFF: JOYCE, WILLIAM** | In the 127th |
| vs. | **Judicial District Court of** |
| **DEFENDANT: ARKEMA INC** | **Harris County, Texas** |

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____        By_____
                Affiant                                                                        Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

## AFFIDAVIT OF SERVICE

**State of Texas**  **County of HARRIS**  **127th Judicial District Court**

Case Number: 202016545

Plaintiff:
WILLIAM JOYCE

BBW2020002952

vs.

Defendant:
ARKEMA, INC. AND GREAT WESTERN VALVE, INC

Received these papers on the 2nd day of April, 2020 at 3:42 pm to be served on **ARKEMA, INC BY SERVING REGISTERED AGENT: CORPORATION SERVICE COMPANY (DBA-CSC LAWYERS INCORPORATING SERVICE COMPANY), 211 E 7TH STREET, SUITE 620, AUSTIN, TX 78701.**

I, MIKE TECHOW, being duly sworn, depose and say that on the **3rd day of April, 2020 at 3:00 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **CITATION / LETTER / PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION AND FIRST SET OF INTERROGATORIES TO GREAT WESTERN VALVE,INC. / PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE** with the date and hour of service endorsed thereon by me, to: **Samantha Guerra, CORPORATION SERVICE COMPANY (DBA-CSC LAWYERS INCORPORATING SERVICE COMPANY)** as Registered Agent at the address of: **211 E 7TH STREET, SUITE 620, AUSTIN, Travis County, TX 78701** on behalf of **ARKEMA, INC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, of sound mind, have no interest in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which this service was made.

The facts stated in this affidavit are within my personal knowledge and are true and correct.

Subscribed and Sworn to before me on the **7th** day of **April**, **2020** by the affiant who is personally known to me.

NOTARY PUBLIC

MARIE NICOLE HENRY
Notary Public, State of Texas
Comm. Expires 04-04-2023
Notary ID 131960939

MIKE TECHOW
PSC-1215, EXP 7/31/20

Our Job Serial Number: BBW-2020002952

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k