# EXHIBIT 7

| | | | | |
|---|---|---|---|---|
| **HCDistrictclerk.com** | JOYCE, WILLIAM vs. ARKEMA INC | | | 4/30/2020 |
| | Cause: 202016545    CDI: 7    Court: 127 | | | |

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 3/6/2020 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Motor Vehicle Accident |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 3/11/2020 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 127th |
| **Address** | 201 CAROLINE (Floor: 10) HOUSTON, TX 77002 Phone:7133686161 |
| **JudgeName** | R. K. SANDILL |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| JOYCE, WILLIAM | PLAINTIFF - CIVIL | | HILL, JUSTIN ALLEN |
| ARKEMA INC | DEFENDANT - CIVIL | | REYNOLDS, J. CHRISTOPHER |
| GREAT WESTERN VALVE INC | DEFENDANT - CIVIL | | |
| ARKEMA INC (FOREIGN-FOR PROFIT CORPORATION) | REGISTERED AGENT | | |
| GREAT WESTERN VALVE INC (COMPANY) | REGISTERED AGENT | | |

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 4/24/2020 | ANSWER ORIGINAL PETITION | | | 0 | | REYNOLDS, J. CHRISTOPHER | ARKEMA INC |
| 3/6/2020 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 3/6/2020 | ORIGINAL PETITION | | | 0 | | HILL, JUSTIN ALLEN | JOYCE, WILLIAM |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION CORPORATE | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | ARKEMA INC (FOREIGN-FOR PROFIT CORPORATION) | 3/6/2020 | 3/19/2020 | 4/3/2020 | | | 73736824 | E-MAIL |
| | 211 E 7TH STREET SUITE 620 AUSTIN TX 78701 | | | | | | | | | |
| CITATION | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | GREAT WESTERN | 3/6/2020 | 3/19/2020 | 4/3/2020 | | | 73736825 | E-MAIL |

VALVE INC
(COMPANY)
206 E 9TH STREET SUITE 1300 AUSTIN TX 78701

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 90351891 | Original Answer | | 04/24/2020 | 3 |
| 90213983 | Citation (Great Western Value Inc) | | 04/13/2020 | 3 |
| 90181307 | Citation (Arkema Inc) | | 04/08/2020 | 3 |
| 89968340 | LETTER TO CLERK | | 03/19/2020 | 1 |
| 89850033 | PLAINTIFFS ORIGINAL PETITION AND REQUESTS FOR DISCLOSURE | | 03/06/2020 | 14 |
| -> 89850034 | REQUEST FOR ISSUANCE OF SERVICE | | 03/06/2020 | 1 |