# EXHIBIT 8

Attorney for Plaintiff William Joyce

Justin A. Hill
State Bar No. 24057902
HILL LAW FIRM
445 Recoleta Road
San Antonio, Texas 78216
Phone: (210) 960-3939
Fax:(844)404-4455
Email: justin@jahlawfirm.com


Attorneys for Defendant Arkema Inc.

Chris Reynolds
State Bar No. 16801900
Harris Y. Wells
State Bar No. 24106563
REYNOLDS FRIZZELL LLP
1100 Louisiana Street, Suite 3500
Houston, TX 77002
Phone: (713) 485-7200
Facsimile:  (713) 485-7250
creynolds@reynoldsfrizzell.com
hwells@reynoldsfrizzell.com